Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles of silk wearing apparel similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

No. 59425.—Mamiye & Hidary *v.* United States, protest 227217–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

No. 59426.—Regal Accessories, Inc., et al. *v.* United States, protests 231273–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles of silk wearing apparel similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

No. 59427.—J. Zissu *v.* United States, protests 246062–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

No. 59428.—Bemo Shipping Co. et al. *v.* United States, protests 266424-K, etc. (New York).